PERSON & WEIDHORN, ET AL. *v.* UNITED STATES

**No. 6790.**—Invoices dated London, England, April 15, 1942, etc.
Entered at New York, N. Y., May 28, 1942, etc.
Entry No. 752521, etc.

(Decided January 22, 1947)

*Siegel, Mandell & Davisdon* for the plaintiffs.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

KINCHELOE, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.
Judgment will be rendered accordingly.

PENSON & CO. *v.* UNITED STATES

**No. 6791.**—Invoices dated Dundee, Scotland, March 30, 1944, etc.
Entered at New York, N. Y., May 9, 1944, etc.
Entry No. 733324, etc.

(Decided January 22, 1947)

*Barnes, Richardson & Colburn (Hadley S. King* of counsel) for the plaintiff.
*Paul P. Rao;* Assistant Attorney General, for the defendant.

KINCHELOE, Judge: These appeals for reappraisement have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.
Judgment will be rendered accordingly.